KRONIG, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Davis Kronig against Louis I. Harris. No opin-

ion. Judgment and order of the Municipal Court affirmed, with costs.

In re KURSHEEDT. (Supreme Court, Appellate Division, First Department. April 23, 1909.) In the matter of Frederick A. Kursheedt, deceased. No opinion. Decree affirmed, with costs. Order filed.